```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 08222
   LORETTA M LABIAK
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/03/04 and confirmed on 05/06/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 9275.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1160.00 | .00 | 1160.00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3762.09 | .00 | 1041.77 |
| DISCOVER BANK | UNSECURED | 5830.56 | .00 | 1614.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4977.51 | .00 | 1378.33 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE TRAILS CREDIT UN | UNSECURED | 3015.53 | .00 | 835.03 |
| PRAIRIE TRAILS CREDIT UN | UNSECURED | 2419.45 | .00 | 669.97 |
| RETAILERS NATIONAL BANK | UNSECURED | 855.17 | .00 | 236.81 |
| ILLINOIS DEPT REVENUE | UNSECURED - C | 245.60 | .00 | 48.54 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 1160.00 | 20860.31 | 245.60 | 22265.91 |
| PRINCIPAL PAID | .00 | 1160.00 | 5776.46 | 48.54 | 6985.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 1160.00 | 5776.46 | 48.54 | 6985.00 |

The Debtor's attorney, JOHN A REED            , was allowed $   2200.00 and was paid $    306.00  direct and $   1894.00  through the plan.

The Trustee received $    394.22 .

Refunds to the Debtor totaled $     1.78 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 04 B 08222 LORETTA M LABIAK